Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES  ⦿ NO

**DOCKET NUMBER:** 1:26-cr-20-MR-WCM

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** :US vs Christopher Eugene Biederman

**COUNTY OF OFFENSE** : Mitchell

**RELATED CASE INFORMATION** : none

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : warrant

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*   ○ Petty   ○ Misdemeanor   ⦿ Felony

18 U.S.C. § 2423

**JUVENILE:** ○ Yes   ⦿ No

**ASSISTANT U. S. ATTORNEY** : Alexis Benjamin

**VICTIM/WITNESS COORDINATORS:** Shirley Rutledge

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )

Case 1:26-cr-00020-MR-WCM   Document 1-2   Filed 04/07/26   Page 1 of 1