# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Christopher Eugene Biederman

Case Number: 1:26-cr-20-MR-WCM

| COUNT(S) | STATUE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. § 2423(a) | 10 years | not more than life; $250,000 fine; not less than 5 years supervised release; $100 special assessment. |
| 2 | 18 U.S.C. § 2423(b) | | 30 years maximum; $250,000 fine; not less than 5 years supervised release; $100 special assessment |
| 3 | 18 U.S.C. § 2252A(a)(1) | 5 years | 20 years maximum; $250,000 fine; not less than 5 years supervised release; $100 special assessment. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☐ NO

* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☐ NO

* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☐ NO

* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH

☐ DISCHARGE