IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:26CR20 |
| | ) | |
| v. | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| CHRISTOPHER EUGENE BIEDERMAN | ) | |
| | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for **Christopher Eugene Biederman**, W/M, year of birth: 1993, who is presently detained in the Mitchell County Detention Center, for his appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above captioned case Defendant shall be returned to the custody of Mitchell County Detention Center, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 8th day of April, 2026.

Russ Ferguson
United States Attorney

s/Alexis I. Benjamin
Assistant United States Attorney
N.C. Bar No. 46417
100 Otis Street
Asheville, NC 28801
Telephone: 828-271-4661
Fax: 828-271-4670
E-mail: alexis.solheim@usdoj.gov