Revised 6/7/25 - NCWD

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:26CR20 |
| | ) | |
| v. | ) | |
| CHRISTOPHER EUGENE BIEDERMAN | ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| | ) | |
| | ) | |
| | ) | |

TO:    The Director, Bureau of Prisons, Washington, D.C.
TO:    U.S. Marshals, Western District of North Carolina,
TO:    McDowell County Detention Center, 593 Spaulding Road, Marion, NC

**IT IS ORDERED** that you have the body of Christopher Eugene Biederman, W/M, year of birth: 1993, detained in your facility, under safe and secure conduct, brought before the Honorable W. Carleton Metcalf, United States Magistrate Judge, Western District of North Carolina, in the City of Asheville, North Carolina, FORTHWITH, for proceedings on or before 4/27/2026 at 10:15am, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return the defendant to the McDowell County Detention Center, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

**SO ORDERED.**

Signed: April 8, 2026

W. Carleton Metcalf
United States Magistrate Judge